UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO JACKSON,

    Petitioner,

v.

A. HEDGPETH, Warden,

    Respondent.

Case No. 13-cv-01835-JST (PR)

**ORDER OF TRANSFER**

Petitioner has filed a petition for writ of habeas corpus to challenge his sentence from the Los Angeles County Superior Court. Los Angeles County lies within the venue of the Central District of California. Petitioner is confined at Salinas Valley State Prison in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See N. D. Cal. Habeas L.R. 2254-3(b). The petition challenges the sentence imposed, rather than the execution of the sentence, as it alleges that petitioner received an illegal sentencing enhancement, and that the state failed to honor the terms of prior plea agreements. The preferred venue is the Central District of California because petitioner was convicted and the sentence was imposed in that district.

//
//
//
//

Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California.  The Clerk shall transfer this matter forthwith.

In view of the transfer, the Court will not rule upon petitioner's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED**.

Dated:  June 6, 2013

_____
JON S. TIGAR
United States District Judge